**William B. GREENE, Petitioner–Appellant,**

v.

**Stephen SINCLAIR, Respondent–Appellee.**

No. 09–35485.

United States Court of Appeals, Ninth Circuit.

---

* The Honorable Alicemarie H. Stotler, United States District Judge for the Central District of California, sitting by designation.

Submitted June 29, 2010.*

Filed July 2, 2010.

William B. Greene, Walla Walla, WA, pro se.

Paul D. Weisser, Senior Counsel, AGWA–Office of the Washington Attorney General, Olympia, WA, for Respondent–Appellee.

Before: ALARCÓN, LEAVY, and GRABER, Circuit Judges.

## MEMORANDUM **

Washington state prisoner William B. Greene appeals pro se from the district court's judgment denying his 28 U.S.C. § 2254 petition. We have jurisdiction under 28 U.S.C. § 2253, and we affirm.

Greene contends that the use of DNA information that was collected after a 1995 conviction, which was vacated on federal habeas review, in a subsequent criminal prosecution, violated his rights under the Fourth Amendment. Federal habeas review is precluded where, as here, the State has provided appellant "an opportunity for full and fair litigation of a Fourth Amendment claim[.]" *Stone v. Powell,* 428 U.S. 465, 482, 96 S.Ct. 3037, 49 L.Ed.2d 1067 (1976); *see also Ortiz–Sandoval v. Gomez,* 81 F.3d 891, 899 (9th Cir.1996).

Greene's motion for remand, filed on September 23, 2009; his request for judicial notice, filed on November 5, 2009; and his motion for remand, filed on January 4, 2010, are denied.

AFFIRMED.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

